# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROSA E. RINCON | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 2:06mj69-DRB |

To: The United States Marshal
and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest _____Rosa E. Rincon_____
                                                     Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally possess with intent to distribute approximately 10 kilograms of cocaine a Schedule II Controlled Substance

in violation of Title ___21___ United States Code, Section(s)___841(a)(1)___

| | |
|---|---|
| DELORES R. BOYD<br>Name of Issuing Officer<br><br>/s/ Delores R. Boyd<br>Signature of Issuing Officer<br><br>(By) Deputy Clerk | U.S. MAGISTRATE JUDGE<br>Title of Issuing Officer<br><br>JULY 13, 2006   MONTGOMERY, ALABAMA<br>Date and Location<br><br>RETURNED AND FILED<br>JUL 17 2006<br>CLERK<br>U.S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. |

Bail fixed at $ _____ by _____
                                           Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>7/13/06 | Joe Herman | By: Debi Brewer |

AO 442 (Rev. 5/81) Warrant for Arrest