IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___NORTHERN___ DIVISION

UNITED STATES OF AMERICA        *
                                *
VS.                             *     CR. NO. __2:06mj69-DRB__
                                *
HECTOR R. SILVA                 *
ROSA E. RINCON                  *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Will Barnes | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, __NORTHERN__ DIVISION

UNITED STATES OF AMERICA  *
                                          *
VS.                                      *    CR. NO. __2:06mj69-DRB__
HECTOR R. SILVA                *
ROSA E. RINCON                *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Will Barnes | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |