IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-mj-0069-DRB |
| | ) | wo |
| ROSA E. RINCON | ) | |

**DETENTION ORDER ON MOTION**

At the scheduled detention hearing on the *Government's Motion for Detention Hearing* (Doc. 5), Assistant United States Attorney reported his notice of a detainer pending against **Defendant Rosa E. Rincon** by the Department of Immigration and Customs Enforcement. Without concurring in the United States' description of Defendant Rincon as an illegal alien, defense counsel of record agreed with the United States that the filed detainer moots the scheduled detention hearing. For this good cause, it is, therefore

**ORDERED** that the United States' *Motion for Detention* (Doc. 5) is DENIED AS MOOT with respect to the reasons stated therein for detention, and the *Motion* is **GRANTED to the extent of its oral amendment requesting detention pursuant to the detainer pending against this Defendant.**

It is further **ORDERED** that the **defendant, Roaa E. Rincon**, is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge

of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE this 21st day of July, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE