**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Criminal Case No. 2:06-cr-200-CSC** |
| | ) | |
| **ROSA E. RINCON** | ) | |

## <u>MOTION FOR LEAVE TO SUBSTITUTE COUNSEL AT ARRAIGNMENT</u>

COMES NOW Defendant, by and through counsel, and prays that this Court will grant her counsel leave to be absent from her arraignment on August 30, 2006, and to be represented instead by the Honorable Kevin Butler or his designee from the Office of the Federal Defender. As grounds Defendant would show as follows:

1.    Defendant's counsel is expected to be in Gadsden, Alabama, that morning for a scheduled meeting with a client, and then to appear early that afternoon before Magistrate Judge Putnam of the United States District Court for the Northern District of Alabama for a pretrial hearing in the case of *Lacy v. Heard*, 4:05-cv-2154-TMP.  While the undersigned can cancel his meeting in Gadsden – and will certainly do so at the direction of the Court – the said meeting involves other lawyers and clients and will be difficult to reschedule. Moreover, divorcing the pretrial trip from the meeting trip will squander scarce petroleum resources in this time of global shortage.

WHEREFORE, the premises considered, Defendant prays that the Court will grant Defendant's motion for leave to substitute counsel at arraignment.

RESPECTFULLY SUBMITTED, this __25th__ day of August, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.

P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the _25th_ day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant