## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR200-WHA |
| | ) | |
| **ROSA E. RICON** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Attorney at Arraignment* (doc. #34) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 25th day of August, 2006.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE