# COURTROOM DEPUTY MINUTES  DATE: AUGUST 30, 2006
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 10:29- 10:37

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06-CR-200-WHA-CSC**     DEFT. NAME: **ROSA E. RINCON**

USA: **A. CLARK MORRIS**     ATTY: **KEVIN BUTLER for JAY LEWIS**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO: _____

Defendant ✓ does ____ does NOT need an interpreter; NAME: **BEVERLY CHILDRESS**

---

- ☐ Kars.      Date of Arrest _____ or ☐ Rule 5 Arrest
- ✓ Kia.       Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ☐           Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐           Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐           **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.   Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.    Waiver of Preliminary hearing;
- ☐           Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.     **ARRAIGNMENT** SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
              ✓ Trial Term **10/24/06** ; ☐ PRETRIAL CONFERENCE DATE: _____
              ✓ DISCOVERY DISCLOSURES DATE: **8/30/06**
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**