IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Criminal Case No. 2:06-cr-200-CSC** |
| ) | |
| **ROSA E. RINCON** ) | |

**MOTION TO PRODUCE CLIENT FOR PRETRIAL CONFERENCE**

COMES NOW Defendant, by and through counsel, and prays that this Court will Order the United States Marshall to produce Defendant for her pretrial conference, presently set for September 25, 2006, and that the Court make an interpreter available for the said conference.

RESPECTFULLY SUBMITTED, this __20th__ day of September, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _20th_ day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                              /s/ JAY LEWIS
                                              Law Offices of Jay Lewis, L.L.C.
                                              P.O. Box 5059
                                              Montgomery, Alabama 36103
                                              (334) 263-7733 (Voice)
                                              (334) 832-4390 (Fax)
                                              J-Lewis@JayLewisLaw.com
                                              ASB-2014-E66J
                                              Attorney for Defendant