IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> vs. ) <br> ) <br> ROSA E. RINCON ) <br> ) | CR. NO.: 2:06CR200-WHA |

**ORDER**

Upon consideration of the *Motion to Produce Client for Pretrial Conference* (doc. #40) filed by the Defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. The United States Marshal or the person having custody of the defendant shall produced the defendant for the Pretrial Conference set for September 25, 2006 at 1:00 p.m. The Clerk is DIRECTED to provide an interpreter for the conference.

Done this 21th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE