IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| | ) |
| v. | )   Case. No. 2:06cr200-WHA |
| | ) |
| ROSA E. RINCON | ) |

## ORDER

Upon consideration of Defendant's Motion in Limine (Doc. #42), filed on September 21, 2006, it is

ORDERED that the United States shall show cause, if any there be, **on or before September 29**, **2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 21st day of September, 2006.

　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE