IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-cr-200-CSC |
| | ) | |
| ROSA E. RINCON | ) | |

**DEFENDANT'S NOTICE OF SCHEDULING CONFLICT**

COMES NOW Defendant Rincon, by and through counsel, and serves notice on the Court and other parties of a scheduling conflict. Defendant Rincon's counsel is presently scheduled to appear before Judge Acker of the Northern District of Alabama on October 24, 2006, in the trial of *Arrington v. Jenkins*, 04-AR-2274-M.

Counsel is mindful of the fact that a criminal trial normally takes precedence over a civil trial. Counsel respectfully and deferentially suggests, however, that the conflict may be avoided by the Court's granting Defendant Rincon's motion to sever and by moving her trial by one week (to begin on or about October 30, 2006).

Counsel is simultaneously providing notice to Judge Acker and the parties in Arrington.

RESPECTFULLY SUBMITTED, this __24th__ day of September, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _24th_ day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                                /s/ JAY LEWIS
                                                Law Offices of Jay Lewis, L.L.C.
                                                P.O. Box 5059
                                                Montgomery, Alabama 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J
                                                Attorney for Defendant