| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE : SEPTEMBER 25, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:06 p. m. to 1:10 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR200-WHA-CSC**     **DEFENDANT NAME: ROSA E. RINCON**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TERRY MOORER | ATTY. JAY LEWIS |

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** Deft's First Motion in Limine; Deft;s Motion to Sever; Deft's Second Motion in Limine; Deft's Third Motion in Limine.

√   **PLEA STATUS:**

√   **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

√   **REMARKS:** Deft's Motion is denied as moot.