IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr200-WHA |
| | ) | |
| ROSA E. RINCON | ) | |

**ORDER**

For good cause, it is

ORDERED that the defendant's motion for leave to file additional motions *in limine* (doc. # 45) be and is hereby DENIED as moot. The pretrial order will set a deadline for the filing of motions *in limine*.

Done this 26th day of September, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE