IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:06cr200-WHA |
| ROSA RINCON | ) | |

**<u>ORDER</u>**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #64), entered on October 25, 2006, the court adopts the Recommendation, and it is hereby

ORDERED that Defendant Rincon's Motion to Sever (Doc. #44) is DENIED.

DONE this 9th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE