IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-cr-200-CSC |
| | ) | |
| ROSA E. RINCON | ) | |

**MOTION TO PRODUCE CLIENT FOR MOTION HEARING**

COMES NOW Defendant, by and through counsel, and prays that this Court will Order the United States Marshall to produce Defendant in court on November 28, 2006, at 2:00 p.m., for the hearing on co-defendant Silva's motion to suppress, and that the Court make an interpreter available for the said conference.

RESPECTFULLY SUBMITTED, this __14th__ day of November, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _14th_ day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Christopher Snyder
Office of the United States Attorney

Matthew Patrick Teague
Attorney for Silva

                                          /s/ JAY LEWIS
                                          Law Offices of Jay Lewis, L.L.C.
                                          P.O. Box 5059
                                          Montgomery, Alabama 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          J-Lewis@JayLewisLaw.com
                                          ASB-2014-E66J
                                          Attorney for Defendant