IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:06CR200-WHA |
| | ) | |
| ROSA E. RINCON | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion to Produce Client for Motion Hearing* (doc. #69) filed by Defendant it is

**ORDERED** that the motion be and is hereby **GRANTED**. The United States Marshal or the person having custody of the defendant shall produce the defendant for the evidentiary hearing set for **November 28, 2006 at 2:00 p..m.**, in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is DIRECTED to provide an interpreter for the hearing.

Done this 14th day of November, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE