IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:06-cr-200-CSC |
| ) | |
| ROSA E. RINCON ) | |

## MOTION TO CONTINUE

COMES NOW Defendant, by and through counsel, and prays that the Court will continue the hearing set in this case for November 28, 2006, and as grounds would show as follows:

1. Counsel for Defendant Rincon is scheduled to be in trial in Gadsden, Alabama, in the case of *Lacy v. Heard*, 4:05-cv-2154, presently pending in the U.S. District Court for the Northern District of Alabama, which trial is set to begin on November 28th.

2. Counsel anticipates that the trial will consume the remainder of that week.

3. Plaintiff notes that the government has also filed a motion to continue, with which motion Defendant Rincon hereby joins.

WHEREFORE, the premises considered, Defendant Rincon prays that the Court will continue the subject hearing until the week of December 4, 2006.

RESPECTFULLY SUBMITTED, this __21st__ day of November, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on the _21st_ day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Christopher Snyder
Office of the United States Attorney

Matthew Patrick Teague
Attorney for Silva

               /s/ JAY LEWIS
               Jay Lewis
               Law Offices of Jay Lewis, L.L.C.
               P.O. Box 5059
               Montgomery, Alabama 36103
               (334) 263-7733 (Voice)
               (334) 832-4390 (Fax)
               J-Lewis@JayLewisLaw.com
               ASB-2014-E66J
               Attorney for Defendant