IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr200-WHA |
| | ) | |
| ROSA E. RINCON | ) | |

**O R D E R**

For good cause, it is

ORDERED that the oral argument on the defendant's motion for leave to file additional motions presently set for December 7, 2006 at 1:30 p.m. be and is hereby RESET to **December 1, 2006 at 9:00 a.m**. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter and an interpreter for these proceedings.

The Court has previously ordered that defendant Rincon be produced for the evidentiary hearing. The United States Marshal or the persons having custody of the defendants shall produce both defendants for these proceedings.

Done this 29th day of November, 2006.

                                                /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE