IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Case No. 2:06-cr-200-CSC** |
| | ) | |
| **ROSA E. RINCON** | ) | |

**MOTION TO PRODUCE CLIENT FOR MOTION HEARING**

COMES NOW Defendant, by and through counsel, and prays that this Court will Order the United States Marshall to produce Defendant in court on December 1, 2006, at 9:00 a.m., for the hearing on co-defendant Silva's motion to suppress, and that the Court make an interpreter available for the said conference.

RESPECTFULLY SUBMITTED, this __30th__ day of November, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _30th_ day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Terry Moorer
Christopher Snyder
Office of the United States Attorney

Matthew Patrick Teague
Attorney for Silva

                                                /s/ JAY LEWIS
                                                Law Offices of Jay Lewis, L.L.C.
                                                P.O. Box 5059
                                                Montgomery, Alabama 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                J-Lewis@JayLewisLaw.com
                                                ASB-2014-E66J
                                                Attorney for Defendant