IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr200-WHA |
| | ) | |
| ROSA E. RINCON | ) | |

**O R D E R**

Now pending before the court is the defendant's motion to produce (doc. #81) in which counsel seeks to have his client produced for the oral argument on December 1, 2006. The motion was filed on November 30, 2006. On November 29, 2006, the court entered an order in which the defendant was ordered to be produced.

> The Clerk is directed to provide a court reporter and an interpreter for these proceedings. The Court has previously ordered that defendant Rincon be produced for the evidentiary hearing. The United States Marshal or the persons having custody of the defendants shall produce both defendants for these proceedings.

*See* Doc. # 80.

Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion to produce (doc. # 81) be and is hereby DENIED as moot.

Done this 30th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE