IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-200-WHA |
| | ) | |
| **ROSA E. RINCON** | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Count Two of the Indictment as to Rosa E. Rincon, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 4th   day of December, 2006.

　　　　　　　　　　　　　　　　　　　　 /s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


DISMISSAL OF COUNT TWO OF THE INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses Count Two of the Indictment heretofore filed in the above styled cause as to Rosa E. Rincon.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LEURA GARRETT CANARY
　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　　　　　　/s/ Christopher A. Snyder
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER A. SNYDER
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Post Office Box 197
　　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36101-0197
　　　　　　　　　　　　　　　　　　　　334.223.7280
　　　　　　　　　　　　　　　　　　　　334.223.7135 fax
　　　　　　　　　　　　　　　　　　　　christopher.a.snyder@usdoj.gov