IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR200-WHA |
| | ) | |
| ROSA E. RINCON | ) | |

## **ORDER**

Upon consideration of the second motion for leave to file (doc. # 71) filed by the defendant and the court's dismissal of count two of the indictment on motion by the government, it is

ORDERED that the motion for leave to file be and is hereby DENIED as moot.

Done this 7th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE