**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO.   2:06-cr-200-WHA |
| | ) | |
| **ROSA E. RINCON** | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Dismiss Remaining Count of the Indictment as to Rosa E. Rincon, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this 19th  day of December, 2006.

                                               /s/ W. Harold Albritton
                                              W. HAROLD ALBRITTON
                                              UNITED STATES DISTRICT JUDGE

DISMISSAL OF COUNT ONE OF THE INDICTMENT

    Comes now the United States of America with leave of the Court first had and obtained and dismisses the remaining count one of the Indictment heretofore filed in the above styled cause as to Rosa E. Rincon.

                                              Respectfully submitted,

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Christopher A. Snyder
                                              CHRISTOPHER A. SNYDER
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              334.223.7280
                                              334.223.7135 fax
                                              christopher.a.snyder@usdoj.gov